FILED
2023 APR 26 AM 11:50
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CAL.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER **MJ 23-02049** |
|---|---|
| PLAINTIFF(S) | 22 Cr. 650 (JPO) |
| v. | |
| JULIAN REBIGA, a/k/a "Iulian Rebiga," | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: US District Judge J. Paul Oetken
in the Southern District of New York on 04/25/2023
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 U.S.C., Section(s) 3148(b)
to wit: Revocation of Release

A warrant for defendant's arrest was issued by: US District Judge J. Paul Oetken

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Arrest Warrant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/26/23
                    Date

_/s/ Alaina DeLeo_
Signature of Agent

Alaina DeLeo
Print Name of Agent

United States Secret Service
Agency

Special Agent
Title